IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JONATHAN D. TAMAZ,

    Plaintiff,

vs.                         5:04cv87-WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

O R D E R

This cause is before the Court upon the Defendant's Status Report. Doc. 23. Defendant advises that an administrative hearing was held on March 9, 2005, and the ALJ has now determined that another administrative hearing is required and will be scheduled.

Accordingly, it is **ORDERED** that the Defendant shall file a notice by **October 3, 2005**, advising the Court the status of the administrative proceedings on remand.

**DONE AND ORDERED** on August 4, 2005.

                      s/   William C. Sherrill, Jr.
                      **WILLIAM C. SHERRILL, JR.**
                      **UNITED STATES MAGISTRATE JUDGE**