IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JONATHAN D. TAMAZ,

    Plaintiff,

vs.  5:04cv87-WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

This cause is before the Court upon the Defendant's Status Report.  Doc. 25. Defendant advises that a second administrative hearing was held on October 19, 2005.

Accordingly, it is **ORDERED** that the Defendant shall file a notice by **December 30, 2005**, advising the Court the status of the administrative proceedings on remand.

**DONE AND ORDERED** on October 26, 2005.

    s/ William C. Sherrill, Jr.
    WILLIAM C. SHERRILL, JR.
    UNITED STATES MAGISTRATE JUDGE