IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JONATHAN D. TAMAZ,

    Plaintiff,

vs.                                                5:04cv87-WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

This cause is before the Court upon the Defendant's Status Report.  Doc. 27. Defendant advises that a second administrative hearing was held on October 19, 2005, and the case is currently pending before the ALJ

Accordingly, it is **ORDERED** that the Defendant shall file a notice by **February 22, 2006**, advising the Court the status of the administrative proceedings on remand.

**DONE AND ORDERED** on December 22, 2005.

                                    s/    William C. Sherrill, Jr.
                                    WILLIAM C. SHERRILL, JR.
                                    UNITED STATES MAGISTRATE JUDGE